400 A.2d 616

Charles E. Gallen, Jr., et ux. v. Foster Wheeler Corporation et al., and General Dynamics Corporation.

Appeal of Foster Wheeler Corporation, et al.

Petition for Allowance of Appeal Denied May 18, 1979.

Argued December 5, 1978. Daniel J. Ryan, for appellants; Donald E. Matusow, for appellees Charles E. Gallen, Jr. et ux; Morton F. Daller, for appellee, General Dynamics Corporation.

Before PRICE, SPAETH and WATKINS, JJ.

Order affirmed.